UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROB RAY LAWLESS, JR., | Case No. EDCV 11-256-AG(DTBx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | San Bernardino Superior Court, Case No. CIVDS1007795 |
| DON GARRETT TRUCKING, INC., JAMES DAVID KINGSTON, AND DOES 1-20, Inclusive, | Disc. Cutoff: August 13, 2012<br>Trial Date: November 13, 2012 |
| Defendant. | |

Based on the Stipulation for Dismissal filed by the parties on March 1, 2012, it is hereby **ORDERED** that the above-referenced matter is dismissed in its entirety with prejudice. Each party to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: May 25, 2012

Hon. Andrew Guilford
Judge, United States District Court

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

GW08-0000010
3943918.1

1

ORDER OF DISMISSAL